DAVID D. FISCHER (SBN 224900)
LAW OFFICES OF DAVID D. FISCHER, APC
1007 7th Street, Suite 100
Sacramento, CA. 95814
Tel. (916) 447-8600
Fax (916) 930-6482
E-Mail: davefischer@yahoo.com

Attorney for Defendant
JOSE MADRIZ REYNA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ELIAZAR ORTIZ MENDOZA<br>JOSE MADRIZ REYNA<br>ADAN FIGUEROA VILLASENOR<br><br>　　　　Defendants. | No. 2:12-CR-00270 JAM<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and the defendants, by and through each counsel of record, hereby stipulate as follows:

　　1.　By previous order, this matter was set for status on November 6, 2012.

　　2.　By this stipulation, the defendants now move to continue the status conference until December 4, 2012 at 9:45 a.m, and to exclude time between November 6, 2012, and December 4, 2012, under Local Code T4. Plaintiff does not oppose this request.

　　3.　The parties agree and stipulate, and request that the Court find the following:

1

a. The government has represented that the discovery associated with this case includes approximately 324 pages of investigative reports and related documents in electronic form and additional audio and video recordings. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

b. Counsel for the defendants desires additional time to consult with their respective clients, to review the current charges, to conduct investigation and research related to the charges, to review and copy discovery for this matter, to discuss potential resolutions with their clients, to prepare pretrial motions, and to otherwise prepare for trial.

c. Counsel for the defendants believes that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d. The government does not object to the continuance.

e. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

f. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of November 6, 2012, to December 4, 2012, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within

which a trial must commence.

IT IS SO STIPULATED.

Dated: October 19, 2012	BENJAMIN WAGNER
U.S. ATTORNEY

by:	/s/ David D. Fischer for
DANIEL S. MCCONKIE
Assistant U.S. Attorney
Attorney for Plaintiff

Dated: October 19, 2012	/s/ David D. Fischer for
PRECILIANO MARTINEZ
Attorney for Defendant
ELIAZAR ORTIZ MENDOZA

Dated: October 19, 2012	/s/ David D. Fischer
DAVID D. FISCHER
Attorney for Defendant
JOSE MADRIZ REYNA

Dated: October 19, 2012	/s/ David D. Fischer for
DINA L. SANTOS
Attorney for Defendant
ADAN FIGUEROA VILLASENOR

**O R D E R**

IT IS SO FOUND AND ORDERED this 22nd day of October, 2012.


/s/ John A. Mendez
HON. JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE