PRECILIANO MARTINEZ
ATTORNEY AT LAW
State Bar No. 93253
801 15th St, Suite F
Modesto, CA 95354
(209)579-2206/ (209)579-2211 Fax


Attorney for Defendant
ELIAZAR ORTIZ-MENDOZA

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>　vs.<br>ELIAZAR ORTIZ-MENDOZA,<br>　　　　Defendant. | CASE NO. 2:12-cr-00270-JAM<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE<br><br>Date: February 4, 2014<br>Time: 9:45a.m.<br>Honorable John A. Mendez |

　　　　IT IS HEREBY STIPULATED by and between Assistant United States Attorney Olusere Olowoyeye, Counsel for Plaintiff and Attorney Preciliano Martinez, Counsel for Defendant Eliazar Ortiz-Mendoza, that the status conference date scheduled for December 3, 2013, at 9:45 a.m. be vacated for this defendant only, and a status conference be scheduled for February 4, 2014, at 9:45a.m., with respect to this defendant only. The court is advised that counsel have conferred about this request that they have agreed to the court date of February 4, 2014, and that Mr. Olowoyeye has authorized Preciliano Martinez to sign this stipulation on his behalf.

//

The parties agree and stipulate that time should be excluded under 18U.S.C. § 3161 (h)(7)(B)(iv) up to and including February 4, 2014, the ends of justice are served by a granting an exclusion of time, outweighing the best interests of the public & the defendant in a speedy trial.

Respectfully Submitted,

Dated:  November 26, 2013 　　　　　　　　　　/s/ Preciliano Martinez  
　　　　　　　　　　　　　　　　　　　　　　Preciliano Martinez  
　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant  
　　　　　　　　　　　　　　　　　　　　　　Eliazar Ortiz Mendoza

Dated:  November 26, 2013 　　　　　　　　　　/s/ Olusere Olowoyeye  
　　　　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney  
　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

## **ORDER**

Having read and considered the foregoing stipulation, IT IS THE ORDER of the Court that the current December 3, 2013, status conference is hereby vacated, with respect to this defendant only, and a status conference for this defendant only be set for February 4, 2014 at 9:45 a.m.

Dated:  11/26/2013 　　　　　　　　　　　　/s/ John A. Mendez  
　　　　　　　　　　　　　　　　　　　　　　John A. Mendez  
　　　　　　　　　　　　　　　　　　　　　　U.S. District Court Judge